

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CV-13-427

| | |
|---|---|
| NEILEEN SAIMON<br>APPELLANT | **Opinion Delivered** September 25, 2013 |
| V. | APPEAL FROM THE WASHINGTON COUNTY CIRCUIT COURT<br>[NO. J-11-604] |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES AND MINOR CHILDREN<br>APPELLEES | HONORABLE STACEY ZIMMERMAN, JUDGE<br>AFFIRMED |

## PHILLIP T. WHITEAKER, Judge

Neileen Saimon appeals from a Washington County Circuit Court order terminating her parental rights to her two children, R.B. and D.S.,[1] arguing that the trial court erred in relying on a repealed statute to incorporate testimony and evidence from prior proceedings into its decision to terminate her parental rights. This identical argument was presented to, and rejected by, this court in *Kelso v. Arkansas Department of Human Services*, 2013 Ark. App. 509. Thus, for the reasons set forth in *Kelso*, we affirm.

Additionally, we note that, like the appellant in *Kelso*, Saimon makes no argument on appeal that it was not in the best interest of the children for her parental rights to be terminated, nor does she argue that DHS failed to prove at least one ground alleged for termination in the petition for termination of parental rights. Therefore, no sufficiency

---

[1]The court also terminated the parental rights of the putative father of R.B., Ronney Bill, and the putative father of D.S., Manuel (last name unknown). They have not appealed and are not parties to this action.



argument has been preserved for appeal.

Affirmed.

GLADWIN, C.J., and GLOVER, J., agree.

*Deborah R. Sallings*, Arkansas Public Defender Commission, for appellant.

*Tabitha Baertels McNulty*, Office of Policy and Legal Services, for appellee.

*Chrestman Group, PLLC*, by: *Keith Chrestman*, attorney ad litem for minor children.